**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.D.W., JR., A MINOR | : | No. 219 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.A.O., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: Y.N.S.O.-P., A MINOR | : | No. 220 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.A.O., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.